# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 351 WAL 2015
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
DAVID JAMARR BARKSDALE, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.